UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| LOREE J. VANWORMER, | : | Civil No.: 3:21-cv-10100 |
| | : | |
| Plaintiff, | : | |
| | : | Hon. Robert H. Cleland |
| v. | : | United States District Judge |
| | : | |
| | : | Hon. Jonathan J.C. Grey |
| KILOLO KIJAKAZI, | : | United States Magistrate Judge |
| Acting Commissioner of | : | |
| Social Security, | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on October 28, 2021,

It is ORDERED AND ADJUDGED that the case is REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

s/Robert H. Cleland<br>
Robert H. Cleland<br>
United States District Judge

Dated: October 28, 2021