UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LOREE J. VANWORMER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: 21-10100 |
| v | ) DISTRICT JUDGE: |
| | ) HONORABLE ROBERT H. CLELAND |
| | ) |
| COMMISSIONER | ) MAGISTRATE: |
| OF SOCIAL SECURITY, | ) JUDGE JONATHAN J.C. GREY |
| | ) |
| Defendant. | ) **ORDER FOR THE AWARD OF** |
| | ) **ATTORNEY FEES UNDER THE** |
| | ) **EQUAL ACCESS TO JUSTICE ACT** |

This matter having come before the Court upon the parties' stipulation to attorney fees under the Equal Access to Justice Act (EAJA), and the Court being fully advised in the premises;

NOW, THEREFORE, IT IS ORDERED that Plaintiff is granted an award in the total amount of $3,725.00, in full satisfaction and settlement of any and all claims Plaintiff may have under the under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Any fees paid belong to Plaintiff and not her attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under Astrue v Ratliff, 2010 WL 2346547 (June 14, 2010).

After the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, the Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to an EAJA assignment duly signed by Plaintiff and counsel.

DATED: December 8, 2021        s/Robert H. Cleland
                               ROBERT H CLELAND
                               United States District Judge